IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANS DEREK HANSON, | ) | |
| Petitioner(s), | ) | No. C 06-6238 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| SAN QUENTIN STATE PRISON, | ) | |
| Respondent(s). | ) | |

Petitioner, a prisoner at San Quentin State Prison, has filed a pro se prisoner petition alleging that fellow inmate Todd Erskine threatened to rape and kill plaintiff's wife when Erskine paroles. Plaintiff seeks an order enjoining parole officials from paroling Erskine. Plaintiff raised the same allegations in a prior prisoner complaint. See Hanson v. Luttrell, No. C 06-6237 CRB (PR) (N.D. Cal. filed Oct. 3, 2006).

A prisoner complaint or petition that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915A. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in forma pauperis complaint may be considered abusive and dismissed under 28 U.S.C. § 1915). Because plaintiff raised and is litigating the

1 | same allegations and claims raised herein in a prior prisoner complaint, the
2 | instant petition is dismissed as duplicative under § 1915A.
3 |    The clerk shall enter judgment in accordance with this order, terminate all
4 | pending motions as moot, and close the file.
5 | SO ORDERED.
6 | DATED:  Oct. 20, 2006

CHARLES R. BREYER
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HANS DEREK HANSON, | ) | |
| Petitioner(s), | ) | No. C 06-6238 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| SAN QUENTIN STATE PRISON, | ) | |
| Respondent(s). | ) | |

   Petitioner, a prisoner at San Quentin State Prison, has filed a pro se prisoner petition alleging that fellow inmate Todd Erskine threatened to rape and kill plaintiff's wife when Erskine paroles. Plaintiff seeks an order enjoining parole officials from paroling Erskine. Plaintiff raised the same allegations in a prior prisoner complaint. See Hanson v. Luttrell, No. C 06-6237 CRB (PR) (N.D. Cal. filed Oct. 3, 2006).

   A prisoner complaint or petition that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915A. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in forma pauperis complaint may be considered abusive and dismissed under 28 U.S.C. § 1915). Because plaintiff raised and is litigating the

| | |
|---|---|
| 1 | same allegations and claims raised herein in a prior prisoner complaint, the |
| 2 | instant petition is dismissed as duplicative under § 1915A. |
| 3 |     The clerk shall enter judgment in accordance with this order, terminate all |
| 4 | pending motions as moot, and close the file. |
| 5 | SO ORDERED. |
| 6 | DATED: Oct. 20, 2006 |
| 7 | CHARLES R. BREYER<br>United States District Judge |

2